**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-03241-LTB

JUANITO M. MILANES,

       Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY d/b/a American Family Insurance,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss Plaintiff's Fourth and Fifth Claims for Relief With Prejudice (Doc 9 - filed December 5, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that Plaintiff's Fourth and Fifth Claims for Relief are **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   December 8, 2014