IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03241-LTB-CBS | Date: May 4, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                        *Counsel:*

JUANITO M. MILANES,                               Joshua Stoll
                                                                      Rebecca Albano

Plaintiff,

v.

AMERICAN FAMILY INSURANCE           Jacquelyn Booker
COMPANY,

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in session: 09:09 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding proposed final pretrial order, witness lists, and exhibit lists. Counsel shall revise witness and exhibit lists.

**ORDERED:**   Parties shall file an amended final pretrial no later than **May 18, 2016.**

Discussion regarding [56] *Defendant's Motion to Strike Plaintiff's 5th, 6th, 7th, and 8th Supplemental Disclosures.* Discussion and argument regarding the motion.

**ORDERED:**   [56] *Defendant's Motion to Strike Plaintiff's 5th, 6th, 7th, and 8th Supplemental Disclosures* is **GRANTED IN PART AND DENIED IN PART.** The motion is denied to the extent that it seeks to strike medical records in the supplemental disclosures. To the extent that the 6th supplemental disclosures list a witness, Erica Aguilar, and states that she will testify regarding Mr. Milanes' physical condition including his recovery from the January 25, 2016 two level fusion procedure, the court finds that this is a proper disclosure. Plaintiff's 7th supplemental disclosure that lists the Plaintiff's brother and cousins are stricken to the extent that they individually would talk about his physical and emotional health condition before

and after the August 3, 2010 motor collision.  The court will not strike the disclosures to the extent these individuals would speak to his physical and emotional health after the January 25, 2016 back surgery.

To the extent the Defendant wishes to have their experts provide supplemental reports, those report must be disclosed no later than **June 30, 2016.**

Hearing Concluded.

**Court in recess: 10:03 a.m.**
Total time in court: 00:54

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.